APRIL 5, 1993

No. 92–1249.   AFRICAN AMERICAN VOTING RIGHTS LEGAL DEFENSE FUND, INC., ET AL. *v.* BLUNT ET AL.   Affirmed on appeal from D. C. W. D. Mo.

No. 91–1800.   HARLOW FAY, INC. *v.* FEDERAL LAND BANK OF ST. LOUIS.   C. A. 8th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Pioneer Investment Services Co.* v. *Brunswick Associates Ltd. Partnership, ante,* p. 380.

No. 91–1855.   PEARSON ET AL. *v.* EDGAR, GOVERNOR OF ILLINOIS, ET AL.   C. A. 7th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Cincinnati* v. *Discovery Network, Inc., ante,* p. 410.

No. A–734.   RESERVE NATIONAL INSURANCE CO. *v.* CROWELL ET UX.   Application for stay, presented to JUSTICE KENNEDY, and by him referred to the Court, granted, and it is ordered that execution upon the punitive damages portion of the judgment entered February 5, 1993, by the Supreme Court of Alabama, case Nos. 1911098, 1911099, and 1911157, is stayed pending the timely filing and disposition by this Court of a petition for writ of certiorari.   If the petition for writ of certiorari is denied, this order is to terminate automatically.   Should the petition for writ of certiorari be granted, this order is to remain in effect pending the issuance of the mandate of this Court.

No. D–1252.   IN RE DISBARMENT OF LEBETKIN.   It is ordered that Melvin M. Lebetkin, of Kew Gardens, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.